# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| KENNETH SAXTON, REAL PARTY IN INTEREST AND IN BEHALF OF ENS LEGIS: KENNETH SAXTON, | : No. 132 EM 2014 |
| Petitioner | |
| v. | |
| JUDGES OF THE COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, PA, ASSIGNED TO PETITION FOR WRIT OF HABEAS CORPUS RE OCTOBER TERM 1980, NOS. 761, 764 & 765, | |
| Respondents | |

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of October, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.